IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )
    v.                       )   CRIMINAL ACTION NO.
                             )       2:12cr104-MHT
STEVEN P. MOCK               )         (WO)
```

ORDER

Based on the representations made on the record on September 22, 2014, it is ORDERED that the motion to permit the court's expert to engage an additional expert (doc. no. 503) is granted as follows:

(1) Dr. Thomas Jeffrey Boll is appointed as an additional expert to assist Dr. Barbara Long.

(2) Dr. Boll will examine the underlying data from Dr. Felicia Goldstein and Dr. Kristine Lokken.

(3) If Dr. Boll believes it necessary, Dr. Boll may conduct the same tests as Dr. Goldstein and Dr. Lokken did and/or may conduct different testing. However, Dr. Boll must provide a written explanation of why he needed

testing in addition to the underlying data provided by Dr. Goldstein and Dr. Lokken.

(4) The United States Attorney's Office will pay Dr. Boll's reasonable fees and expenses in accordance with the court's previous order (doc. no. 493).

DONE, this the 23rd day of September, 2014.

    /s/ Myron H. Thompson  
**UNITED STATES DISTRICT JUDGE**