IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:12cr104-MHT |
| | ) | (WO) |
| STEVEN P. MOCK | ) | |

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion to vacate conviction (doc. no. 539) is granted, and the conviction of defendant Steven P. Mock is vacated.

(2) The motion to dismiss indictment due to the death of defendant Mock (doc. no. 539) is granted, and the indictment (doc. no. 1) is dismissed without prejudice as to defendant Mock.

It is further ORDERED that the motion for downward departure and alternative motion for a variance (doc. no. 347) are denied as moot.

DONE, this the 20th day of January, 2015.

                                                        /s/ Myron H. Thompson\_\_\_\_
                                              UNITED STATES DISTRICT JUDGE